UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cv-01941-RCJ-NJK |
| vs. | |
| TAURUS PT 709 9mm HANDGUN, Serial No. TGN29625, et al., | <u>RECUSAL ORDER</u> |
| Defendants. | |

This matter was assigned to the undersigned Magistrate Judge on October 23, 2013.

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: October 24, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge