# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CV-01941-RCJ-GWF |
| Plaintiff, | |
| vs. | **SEALED ORDER** |
| TAURUS PT 709 9mm HANDGUN, Serial No. TGN29265; | |
| TAURUS .45 CALIBER REVOLVER, Serial No. DP 174094, | |
| 75 ROUNDS OF BOXED, 410 CALIBER AMMUNITION, | |
| Defendants. | |

IT IS HEREBY ORDERED that a Status Conference is set for 9:00 A.M., Thursday, April 20, 2017, in LAS VEGAS Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Monday, April 10, 2017.

IT IS SO ORDERED this 10th day of March, 2017.

_____
ROBERT C. JONES
District Judge