**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TAURUS PT 709 9mm HANDGUN, Serial No. TGN29265; <br><br> TAURUS .45 CALIBER REVOLVER, Serial No. DP 174094, <br><br> 75 ROUNDS OF BOXED, 410 CALIBER AMMUNITION, <br><br> Defendants. | Case No.:   2:13-CV-01941-RCJ-GWF <br><br> **AMENDED SEALED ORDER** |

IT IS HEREBY ORDERED that the Status Conference currently set for 9:00 A.M., Thursday, April 20, 2017, in LAS VEGAS Courtroom 4B, before Judge Robert C. Jones is VACATED and ADVANCED to 10:00 A.M., Wednesday, March 15, 2017, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 14th day of March, 2017.

ROBERT C. JONES
District Judge