

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

MICHAEL A. HUMPHREYS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: michael.humphreys@usdoj.gov

*Attorneys for the United States of America.*



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 10 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAURUS PT 709 9mm HANDGUN, Serial No. TGN29265; <br><br> TAURUS .45 CALIBER REVOLVER, Serial No. DP174094; <br><br> And <br><br> 75 ROUNDS OF BOXED .410 CALIBER AMMUNITION, <br><br> Defendants. | Case No: 2:13-CV-1941-RCJ-(GWF) <br><br> **MOTION TO UNSEAL COMPLAINT AND COMMENCE SERVICE OBLIGATIONS** |

On October 23, 2013, the United States filed its complaint for forfeiture in the above-captioned matter, and simultaneously, filed a motion to stay and seal the proceedings because there was an on-going criminal investigation.

/ / /

The United States now moves this Court to remove the stay, unseal the document and place this matter on the active docket.

Once this Court signs the order removing the stay and unsealing the complaint, the Government will commence, forthwith, its statutory notice and service obligations.

WHEREFORE the United States moves this Court to remove the stay and unseal the Complaint for further action by the Government.

DATED this 10th day of July 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: July 17, 2017

2